1  MARY E. FARRELL, STATE BAR NO. 172050
   **MURPHY AUSTIN ADAMS**
2  **SCHOENFELD, LLP**
   304 "S" Street
3  Sacramento, CA 95811-6906
   Phone:      (916) 446-2300
4  Facsimile:  (916) 503-4000

5  JOHN R. HALUCK, STATE BAR NO. 090956
   **LA FOLLETTE, JOHNSON,**
6  **DE HAAS, FESLER & AMES**
   655 University Avenue, Suite 119
7  Sacramento, California 95825
   Phone:      (916) 563-3100
8  Facsimile:  (916) 565-3704

9  Attorneys for Defendants
   A.C. DALTON, INC. dba
10 FOX & GOOSE PUBLIC HOUSE;
   and ALLYSON DALTON

11

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                   SACRAMENTO DIVISION

16

17 | JEAN RIKER,                              ) | CASE NO.: 2:08-CV-02090-JAM-DAD
                                              )
18 |         Plaintiff,                       ) | **FORMAL NOTICE OF SUBSTITUTION OF**
                                              )   **COUNSEL;  ORDER**
19 |    v.                                    )
                                              )   **Local Rule of Court 83-182 (g)**
20 | FOX & GOOSE PUBLIC HOUSE; A.C.)
     DALTON, INC.; ALYSON DALTON;)
21 | FRED DAVID, as an individual and as)
     TRUSTEE OF THE DAVID REVOCABLE)
22 | INTER VIVOS TRUST; AND DOES 1-10)
     INCLUSIVE,                               )
23                                            )
                                              )
24 |         Defendants.                      )
     _____)

25 TO: THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26      PLEASE TAKE NOTICE THAT the following attorney is SUBSTITUTING in place of

27 counsel on behalf of Defendants A.C. DALTON, INC. doing business as FOX & GOOSE

28 PUBLIC HOUSE and ALLYSON DALTON, individually:

                                    1
                          SUBSTITUTION OF COUNSEL

John R. Haluck, CA State Bar Number 090956
LaFollette, Johnson, DeHaas, Fesler & Ames
655 University Avenue, Suite 119
Sacramento, CA 95825
Telephone: (916) 563-3100
Facsimile: (916) 565-3704

Mr. Haluck is an attorney at law, duly licensed by the State of California and authorized to practice before all courts of the State and he is duly admitted to practice before the United States District Court for the Eastern District of California by separate admission on September 26, 1986.

Counsel of record for all parties are asked to forward all future pleadings, correspondence and discovery pertaining to these defendants to new counsel of record.

Counsel, MARY E. FARRELL, STATE BAR NO. 172050, MURPHY AUSTIN ADAMS SCHOENFELD, LLP, is withdrawing as counsel of record limited to the these named defendants and shall remain counsel of record for all other defendants for whom she has previously appeared. RESPECTFULLY SUBMITTED.

I consent to this substitution:

Dated: January ____, 2009

_____
ALLYSON DALTON, Defendant
For herself individually and as authorized representative of A.C. DALTON, INC., dba FOX & GOOSE PUBLIC HOUSE

I consent to the substitution:

Dated: January ____, 2009                MURPHY AUSTIN ADAMS
                                          SCHOENFELD, LLP


BY:_____
   MARY E. FARRELL

/////
/////
/////
/////
/////
/////

SUBSTITUTION OF COUNSEL

1 | I consent to the substitution:

2 | DATED: January ____, 2009                    LA FOLLETTE, JOHNSON,
                                                  DE HAAS, FESLER & AMES

BY:_____
JOHN R. HALUCK
Attorneys for Defendants
A.C. DALTON, INC. dba
FOX & GOOSE PUBLIC HOUSE;
and ALLYSON DALTON

**ORDER**

IT IS SO ORDERED:

Dated:   February 3, 2009                    /s/ John A. Mendez
                                              U. S. DISTRICT JUDGE