1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:   510/832-4787

5  JULIE A. OSTIL, Esq. (SBN 215202)
   LAW OFFICE OF JULIE OSTIL
6  1989 Santa Rita Road, No. A-405
   Pleasanton, CA 94566
7  Telephone:  925/265-8257
   Facsimile:   925/999-9465
8
   Attorneys for Plaintiff
9  JEAN RIKER

10 JOHN R. HALUCK, Esq. (SBN 90956)
   LAFOLLETTE, JOHNSON, DE HAAS, FESSLER & AMES
11 655 University Avenue, Suite 119
   Sacramento, CA 95825
12 Telephone: 916/563-3100
   Facsimile:   916/565-3704
13
   Attorneys for Defendants
14 FOX & GOOSE PUBLIC HOUSE; A.C.
   DALTON, INC.; ALYSON DALTON;
15 FRED DAVID, as an individual and as
   TRUSTEE OF THE DAVID REVOCABLE
16 INTER VIVOS TRUST

17

18                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
19

20 | JEAN RIKER,                              | CASE NO. 2:08-CV-02090 JAM/DAD
                                              | <u>Civil Rights</u>
21 |     Plaintiff,                           |
                                              |
22 | v.                                       |
                                              |
23 | FOX & GOOSE PUBLIC HOUSE;                | **STIPULATION AND ORDER TO**
   | A.C. DALTON, INC.; ALYSON                | **REOPEN CASE TO CORRECT**
24 | DALTON; FRED DAVID, as an                | **ADMINISTRATIVE ERROR**
   | individual and as TRUSTEE OF             |
25 | THE DAVID REVOCABLE INTER                |
   | VIVOS TRUST; and DOES 1-10,              |
26 | inclusive,                               |
                                              |
27 |     Defendants.                          |
   | _____/          |
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Reopen Case
to Correct Administrative Error
CASE NO. 2:08-CV-02090 JAM/DAD                    C:\Documents and Settings\HVine\Desktop\08cv2090.o.713.wpd

Defendants FOX & GOOSE PUBLIC HOUSE; A.C. DALTON, INC.; ALYSON DALTON; FRED DAVID, as an individual and as TRUSTEE OF THE DAVID REVOCABLE INTER VIVOS TRUST, and plaintiff JEAN RIKER, by and through their respective counsel, hereby jointly stipulate and request the Court to reopen the case for the sole purpose of submitting the Consent Decree and [Proposed] Order for the Court's approval.

This request is based on the following good cause:

1. This case involves alleged denials of access to disabled plaintiff JEAN RIKER at the Fox & Goose Public House Restaurant.

2. On April 7, 2009, all parties signed a Consent Decree and [Proposed] Order settling plaintiff's injunctive relief claims in this case, attached hereto as **Exhibit 1**.

3. Due to an administrative error, this Consent Decree and [Proposed] Order was never filed with the Court for its consideration and continued jurisdiction over enforcement of the settlement of plaintiff's injunctive relief.

4. On June 1, 2009, the parties reached agreement on plaintiff's remaining claims for damages and attorney fees by signature of the Mutual Settlement Agreement and Release of All Claims.

5. On June 4, 2009, unaware of the administrative error regarding the Consent Decree and [Proposed] Order, plaintiff's counsel signed a stipulated dismissal of the case.

6. On June 11, 2009, defendants filed the stipulated dismissal with the Court and on June 15, 2009, pursuant to the stipulation, the Court Clerk entered a Notice of Voluntary Dismissal.

7. The parties would not have stipulated to dismiss the case if they had been aware the Consent Decree had not been approved by the Court. Without a Consent Decree and Order regarding plaintiff's injunctive relief claims,

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Reopen Case
to Correct Administrative Error
CASE NO. 2:08-CV-02090 JAM/DAD          −1−          C:\Documents and Settings\HVine\Desktop\08cv2090.o.713.wpd

1  should enforcement claims arise in the future this Court would not have
2  continuing jurisdiction to consider those issues, and plaintiff would be
3  forced to file a new action.
4  8.  Therefore, in the interest of conserving judicial resources and protecting all
5  parties' agreement on the settlement of plaintiff's injunctive relief claims,
6  the parties hereby jointly request that the Court reopen the case for the
7  purpose of allowing plaintiff to correct the administrative error by filing the
8  Consent Decree and [Proposed] Order for consideration by the Court.

Dated: _____, 2009      PAUL L. REIN
                            CELIA McGUINNESS
                            LAW OFFICES OF PAUL L. REIN

                            JULIE OSTIL
                            LAW OFFICE OF JULIE OSTIL



                            By: _____
                                Attorneys for Plaintiff JEAN RIKER


Dated: _____, 2009      JOHN R. HALUCK
                            LA FOLLETTE, JOHNSON, DE HASS,
                            FESLER & JAMES



                            By: _____
                                Attorneys for Defendants
                                FOX & GOOSE PUBLIC HOUSE;
                                A.C. DALTON, INC.; ALYSON DALTON;
                                FRED DAVID, as an individual and as
                                TRUSTEE OF THE DAVID REVOCABLE
                                INTER VIVOS TRUST

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Reopen Case
to Correct Administrative Error
CASE NO. 2:08-CV-02090 JAM/DAD      -2-      C:\Documents and Settings\HVine\Desktop\08cv2090.o.713.wpd

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED, that this case be reopened so that plaintiff may file the Consent Decree and Order, signed by all parties, for consideration by the Court.

Dated: July 13, 2009            /s/ John A. Mendez
                                Honorable JOHN A. MENDEZ
                                United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order to Reopen Case
to Correct Administrative Error
CASE NO. 2:08-CV-02090 JAM/DAD            −3−            C:\Documents and Settings\HVine\Desktop\08cv2090.o.713.wpd