PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
JEAN RIKER

JOHN R. HALUCK, Esq. (SBN 90956)
LAFOLLETTE, JOHNSON, DE HAAS, FESSLER & AMES
655 University Avenue, Suite 119
Sacramento, CA 95825
Telephone: 916/563-3100
Facsimile: 916/565-3704

Attorneys for Defendants
FOX & GOOSE PUBLIC HOUSE; A.C. DALTON, INC.; ALYSON DALTON; FRED DAVID, as an individual and as TRUSTEE OF THE DAVID REVOCABLE INTER VIVOS TRUST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>FOX & GOOSE PUBLIC HOUSE; A.C. DALTON, INC.; ALYSON DALTON; FRED DAVID, as an individual and as TRUSTEE OF THE DAVID REVOCABLE INTER VIVOS TRUST; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | CASE NO. 2:08-CV-02090 JAM/DAD<br><u>Civil Rights</u><br><br>STIPULATION FOR DISMISSAL AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 2:08-CV-02090 JAM/DAD            -1-            C:\Documents and Settings\HVine\Desktop\08cv2090.o.723.wpd

| | | |
|---|---|---|
| Dated: July __, 2009 | | LAW OFFICES OF PAUL L. REIN |

/s/
By PAUL L. REIN
Attorneys for Plaintiff
JEAN RIKER

Dated: July __, 2009                    LA FOLLETTE, JOHNSON, DE HASS, FESLER & JAMES

/s/
By JOHN R. HALUCK
Attorneys for Defendants
FOX & GOOSE PUBLIC HOUSE; A.C. DALTON, INC.; ALYSON DALTON; FRED DAVID, as an individual and as TRUSTEE OF THE DAVID REVOCABLE INTER VIVOS TRUST

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: July 23, 2009                    /s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 2:08-CV-02090 JAM/DAD                -2-                C:\Documents and Settings\HVine\Desktop\08cv2090.o.723.wpd